IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

CLEOPTHA W. DAVIS                                                                              PLAINTIFF

V.                                                                        CIVIL ACTION NO. 2:05CV118-B-B

AMERICAN GENERAL FINANCE SERVICES,
INC.                                                                                                  DEFENDANT

## FINAL JUDGMENT

Upon consideration of the file and records in this action, the court finds that the Report and Recommendations of the United States Magistrate Judge dated September 7, 2005, was on that date duly served by regular mail upon the *pro se* plaintiff at his last known address, and via electronic notice to counsel of record for the defendant; that more than ten days have elapsed since service of said Report and Recommendations, and that no objection thereto has been filed or served by any party. The court is of the opinion that the magistrate judge's Report and Recommendations should be approved and adopted as the opinion of the court. It is, therefore ORDERED:

1. That the Report and Recommendations of the United States Magistrate Judge dated September 9, 2005, be, and it is hereby, approved and adopted as the opinion of the court.

2. That all of plaintiff's claims against the defendant be, and they are hereby, dismissed without prejudice pursuant to Rule 4l(b), Federal Rules of Civil Procedure, for failure to comply with an order of the court and for failure to prosecute, and that all costs be taxed to the plaintiff.

THIS, the 29th day of September, 2005.

/s/ Neal Biggers
_____
**NEAL B. BIGGERS, JR.
SENIOR U.S. DISTRICT JUDGE**